## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Yusupha Senghore**<br>1845 Roble Drive<br>Atlanta, GA 30349<br><br>xxx−xx−5558 | Case No.: **21−56668−pwb**<br>Chapter: **7**<br>Judge: **Paul W. Bonapfel** |

### ORDER OF DISMISSAL FOR FAILURE TO
### APPEAR AT SECTION 341 MEETING OF CREDITORS

Whereas the debtor has failed to attend the meeting of creditors pursuant to 11 U.S.C. Section 341; and after consideration and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The above−styled case is dismissed; and,

2. Any unpaid filing fees are due payable by the Debtor(s) to the Clerk of Court immediately.

**IT IS FURTHER ORDERED** that a copy of this order be mailed to the Debtor(s), the attorney for the Debtor(s), the Trustee, the United States Trustee, all creditors and other parties in interest.

_Paul W. Bonapfel_
Paul W. Bonapfel
United States Bankruptcy Judge

Dated:    December 9, 2021

Form 185